A. M. Graham, also known as Avis Graham Glascock, appellant, v. United States Merchants & Shippers Insurance Company, appellee. Gen. No. 32,190.

Opinion filed February 27, 1928.

Peden, Kahn & Murphy, for appellant; David Silbert, of counsel. Wolf & Love, for appellee; Alexander Wolf, of counsel.

Mr. Justice O'Connor delivered the opinion of the court.